IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Timothy Corey, #173528,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>South Carolina Department of Corrections; )<br>Jon Ozmint, Director; Bernard McKie, )<br>Warden; Tim Riley, Associate Warden; )<br>Robert Stevenson III, Deputy Warden; )<br>Esther Qualtterbaum, Law Librarian; )<br>Joan Peck, Commissary; Judith Rose, )<br>Mail Personnel; Doris Curenton, )<br>Mail Supervisor; Jimmy Simmons, )<br>Director of Grievance Branch; )<br>Alvin Graber, Kirkland Grievance Clerk; )<br>Reid White, Head Chaplain; John Houser, )<br>Chaplain, Kirkland; J. W. Thomas, )<br>Food Service; Tonya Jewells, )<br>Food Service Director. )<br>  )<br>   Defendants.  ) | C.A. No. 0:05-1559-HMH-BM<br><br>**OPINION AND ORDER** |

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Bristow Marchant, made in accordance with 28 U.S.C. § 636(b)(1) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or

1

modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

The plaintiff filed no objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Marchant's Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that Plaintiff's motion for a default judgment is denied.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.<br>United States District Judge

Greenville, South Carolina
February 2, 2006